FILED
2012 Jun-05  PM 04:24
U.S. DISTRICT COURT
N.D. OF ALABAMA



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| WINNIE BAILEY, | ) | |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | 5:11-cv-0156-LSC-PWG |
| | ) | |
| CITY OF HUNTSVILLE, ALABAMA, | ) | |
| | ) | |
| Defendants | ) | |

## **MEMORANDUM OPINION**

The magistrate judge filed a report and recommendation on May 25, 2012, recommending that the defendant's motion for summary judgment be granted. (Doc. 27.) No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all of the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and his recommendation is ACCEPTED. Accordingly, defendant City of Huntsville's motion for summary judgment  (Doc. 15) is due to be and hereby is GRANTED, and it is hereby **ORDERED, ADJUDGED,** and **DECREED** that all claims and causes of action are hereby **DISMISSED WITH PREJUDICE**.

A separate final judgment will be entered.

Done this <u>5th</u> day of <u>June 2012</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458