FILED
2012 Jul-19 PM 03:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| WINNIE BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 5:11-CV-0156-LSC |
| | ) | |
| CITY OF HUNTSVILLE, ALABAMA, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

Magistrate Judge Paul W. Green filed a report and recommendation (Doc. 27) on May 25, 2012, recommending that Defendant's Motion for Summary Judgment (Doc. 15) be granted and this cause be dismissed with prejudice. On June 11, 2012, Plaintiff filed objections to the report and recommendation (Doc. 33) to which Defendants responded on June 28, 2012.

This court has made a de novo determination of those findings and portions objected to by the Plaintiff pursuant to 28 U.S.C. § 636(b)(1).

The Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court

EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law.  Accordingly, Defendant's Motion for Summary Judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE.  A Final Judgment will be entered.

    Done this 19th day of July 2012.

_____ 2620
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE